**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTHONY SANDERS and | : | CIVIL ACTION 4344 |
| OLIVIA SANDERS, h/w | : | |
| | : | |
| v. | : | |
| | : | |
| RYDER TRUCK RENTAL, INC. a/k/a and | : | NO. |
| d/b/a RYDER TRUCK RENTAL, RYDER | : | FILED |
| SYSTEM, INC. and JULIO ACEVEDO | : | SEP 29 2017 |

By KATE BARKMAN, Clerk
Dep. Clerk

**NOTICE OF REMOVAL**

**TO:** The United States District Court
for the Eastern District of Pennsylvania

Defendants, Ryder Truck Rental, Inc. (incorrectly identified as "Ryder Truck Rental, Inc. a/k/a and d/b/a Ryder Truck Rental"), Ryder System, Inc. and Julio Acevedo, by and through their attorneys, Yost & Tretta, LLP, hereby file the within Notice of Removal of the above-captioned matter from the Philadelphia County Court of Common Pleas in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania, and in support thereof, aver as follows:

1. This action was commenced by Writ of Summons filed in the Philadelphia County Court of Common Pleas, February Term, 2017, No. No. 07409.

2. Plaintiff's Complaint was filed and served on counsel on or about September 19, 2017.

YOST & TRETTA, LLP • TWO PENN CENTER PLAZA • SUITE 610 • 1500 JOHN F. KENNEDY BOULEVARD • PHILADELPHIA, PA 19102

3.    At all times relevant to this action, plaintiff, Anthony Sanders, was an adult individual and citizen of the Commonwealth of Pennsylvania, residing at 5321 Baltimore Avenue, Philadelphia PA.

4.    At all times relevant to this action, plaintiff, Olivia Sanders, was an adult individual and citizen of the Commonwealth of Pennsylvania, residing at 5321 Baltimore Avenue, Philadelphia PA.

5.    At all times relevant to this action, defendant, Ryder Truck Rental, Inc., was a Florida corporation with its principal place of business located at 11690 NW 105th Street, Miami, FL 33178.

6.    At all times relevant to this action, defendant, Ryder System, Inc., was a Florida corporation with its principal place of business located at 11690 NW 105th Street, Miami, FL 33178.

7.    Plaintiff served the Writ of Summons upon a local Ryder leasing location at 1450 South Warfield Street in Philadelphia, however, both Ryder Truck Rental, Inc. and Ryder System, Inc. are incorporated under the laws of the State of Florida and have principal places of businesses at the above Miami address.

8.    At all times relevant to this action, defendant, Julio Acedevo, was an adult individual and a citizen of the state of New Jersey, residing at 406 Lawrie Street, Perth Amboy, NJ 08861.

9.    Thus, complete diversity of citizenship exists among the parties.

10. The value of the matter in controversy, as appearing from the allegations contained in the Complaint, exceeds the amount of $75,000.00, exclusive of interest and costs.

11. Accordingly, because diversity of citizenship exists and the amount in controversy exceeds $75,000.00 exclusive of interest and costs, original jurisdiction exists in the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. Sec. 1332.

12. Copies of all process, pleadings and Orders which have been received by the defendants are attached hereto as Exhibit "A."

13. This Notice is timely, having been filed within thirty (30) days of filing and service of the Complaint.

WHEREFORE, notice is given that this action is removed from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

YOST & TRETTA LLP

BY: _____

John M. Campbell (JC1088)
Michael F. Kernoschak (MFK1485)
Attorneys for Defendants, Ryder
Truck Rental, Inc. (incorrectly
identified as "Ryder Truck
Rental, Inc. a/k/a and d/b/a
Ryder Truck Rental"), Ryder
System, Inc. and Julio Acevedo
Two Penn Center Plaza, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 972-6600

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY SANDERS and | : | CIVIL ACTION |
| OLIVIA SANDERS, h/w | : | |
| | : | FILED |
| v. | : | SEP 29 2017 |
| | : | |
| RYDER TRUCK RENTAL, INC. a/k/a and | : | NO. |
| d/b/a RYDER TRUCK RENTAL, RYDER | : | KATE BARKMAN, Clerk Dep. Clerk |
| SYSTEM, INC. and JULIO ACEVEDO | : | By |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy

of the within Notice of Removal was served upon counsel via First

Class Mail on September 28, 2017:

Saul M. Bentley, Esquire
The Saul Law Building
1313 Race Street
Philadelphia, PA 19107

YOST & TRETTA LLP

BY:

John M. Campbell (JC1088)
Michael F. Kernoschak (MFK1485)
Attorneys for Defendants, Ryder
Truck Rental, Inc. (incorrectly
identified as "Ryder Truck
Rental, Inc. a/k/a and d/b/a
Ryder Truck Rental"), Ryder
System, Inc. and Julio Acevedo
Two Penn Center Plaza, Suite 610
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 972-6600

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**FEBRUARY 2017**       **007409**

E-Filing Number: 1702068817

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ANTHONY SANDERS | RYDER TRUCK RENTAL, INC., ALIAS: RYDER TRUCK RENTAL |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 5321 BALTIMORE AVENUE<br>PHILADELPHIA PA 19143 | 1450 SOUTH WARFIELD STREET<br>PHILADELPHIA PA 19146 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| OLIVIA SANDERS | RYDER SYSTEMS, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 5321 BALTIMORE AVENUE<br>PHILADELPHIA PA 19143 | 11690 NW 105TH STREET<br>MIAMI FL 33178 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | JULIO ACEVEDO |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 406 LAWRIE STREET<br>PERTH AMBOY NJ 08861 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 3 | ☐ Complaint    ☐ Petition Action    ☐ Notice of Appeal<br>☒ Writ of Summons    ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☒ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce    ☐ Settlement<br>☐ Minor Court Appeal    ☐ Minors<br>☐ Statutory Appeals    ☐ W/D/Survival |

CASE TYPE AND CODE

2V - MOTOR VEHICLE ACCIDENT

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED**<br>**PRO PROTHY**<br><br>FEB 28 2017<br><br>**M. BRYANT** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES        NO |
|---|---|---|

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ANTHONY SANDERS , OLIVIA SANDERS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| BENTLEY M. SAUL | THE SAUL LAW BUILDING<br>1313 RACE STREET<br>PHILADELPHIA PA 19107 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)496-1100 | (215)496-0464 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 68832 | bsaul@saullaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| BENTLEY SAUL | Tuesday, February 28, 2017, 03:40 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**THIS IS A NON-JURY MATTER**
**ASSESSMENT OF DAMAGES REQUIRED** by the
Office of Judicial Records
28 FEB 2017 04:46 pm

**BENTLEY M. SAUL, LTD.**
By: Bentley M. Saul, Esquire
Identification No.: 68832
The Saul Law Building
1313 Race Street
Philadelphia, Pennsylvania 19107
(215) 496-1100

Attorney for Plaintiffs

| | |
|---|---|
| ANTHONY SANDERS and | : |
| OLIVIA SANDERS, h/w | : |
| 5321 Baltimore Avenue | : |
| Philadelphia, Pennsylvania 19143 | : |
| v. | : |
| RYDER TRUCK RENTAL, INC a/k/a and | : |
| d/b/a RYDER TRUCK RENTAL | : |
| 1450 South Warfield Street | : |
| Philadelphia, Pennsylvania 19146 | : |
| and | : |
| RYDER SYSTEM, INC. | : |
| 11690 NW 105TH Street | : |
| Miami, Florida 33178 | : |
| and | : |
| JULIO ACEVEDO | : |
| 406 Lawrie Street | : |
| Perth Amboy, New Jersey 08861 | : |

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FEBRUARY TERM, 2017

NO.:

## *PRAECIPE TO ISSUE SUMMONS*

### *TO THE PROTHONOTARY:*

Kindly issue the Summons in the above-captioned matter.

BENTLEY M. SAUL, LTD.

BY:      /s/

Bentley M. Saul, Esquire
Attorney for Plaintiff

Date: February 28, 2017

CP07

# Commonwealth of Pennsylvania

SUMMONS
*CITACION*

CITY AND COUNTY OF PHILADELPHIA

ANTHONY SANDERS and OLIVIA
SANDERS, h/w
5321 Baltimore Avenue
Philadelphia, Pennsylvania 19143

COURT OF COMMON PLEAS

February _____ Term, 20 17

No. _____

*vs.*

RYDER TRUCK RENTAL, INC. a/k/a and
d/b/a RYDER TRUCK RENTAL, et al.

To[1]

RYDER TRUCK RENTAL, INC a/k/a
and
d/b/a RYDER TRUCK RENTAL
1450 South Warfield Street
Philadelphia, Pennsylvania 19146

RYDER SYSTEM, INC.
11690 NW 105TH Street
Miami, Florida 33178

JULIO ACEVEDO
406 Lawrie Street
Perth Amboy, New Jersey 08861

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante[2]*

ANTHONY SANDERS and OLIVIA SANDERS

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



(1) Name(s) of Defendant(s)
(2) Name(s) of Plaintiff(s)

10-208 (Rev 6/00)

JOSEPH H. EVERS
*Prothonotary*

By _____

Date FEBRUARY 28, 2017

170207409
28 FEB 2017 03:45 pm
M. BRYANT

Case ID: 170207409

Case ID: 170207409

**COURT OF COMMON PLEAS**

February _____ **Term, 20** 17 ** No.** _____

ANTHONY SANDERS and OLIVIA SANDERS, h/w
5321 Baltimore Avenue
Philadelphia, Pennsylvania 19143

**vs.**

RYDER TRUCK RENTAL, INC. a/k/a and d/b/a
RYDER TRUCK RENTAL, et al.

**SUMMONS**

## **Affidavit / Return of Service**

| **Plaintiff:** | OLIVIA SANDERS<br>ANTHONY SANDERS | | | **Court Term & No.:** 170207409<br><br><br><br>E-File# 1703021643 | |
| --- | --- | --- | --- | --- | --- |
| **Defendant:** | RYDER TRUCK RENTAL, INC. | | | **Document Served:**<br>Plaintiff's Writ of Summons | |
| **Serve at:** | 1450 SOUTH WARFIELD STREET | | | **Company Reference/Control No.:**<br>139151 | |

Served and Made Known to RYDER TRUCK RENTAL, INC. on 03/04/2017 at 10:50 AM, in the manner described below:

Agent or person in charge of Party's office or usual place of business. NAME: DENNIS WAY

| | **Age:** | **Height:** | **Weight:** | **Race:** | **Sex:** |
| --- | --- | --- | --- | --- | --- |
| **Description** | 44 | 5' 9" | 180 lbs. | Caucasian | Male |
| | **Other:** | | | | |

| Company Profile:<br><br>DENNIS RICHMAN SERVICES FOR THE PROFESSIONAL, INC.<br>1500 J.F.K. BOULEVARD<br>SUITE 1706<br>PHILADELPHIA PA 19102<br>PHONE: (215)977-9393 | **Name of Server:** JACOB T. BOOTH<br><br>Being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.<br><br>**Deputy Sheriff:** |
| --- | --- |

**FILED AND ATTESTED PRO-PROTHY 08 MAR 2017 08:32 PM**

Rzdrafsrv 12/8/11

**BENTLEY M. SAUL, LTD.**
By: Bentley M. Saul, Esquire
Identification No.: 68832
The Saul Law Building
1313 Race Street
Philadelphia, Pennsylvania 19107
(215) 496-1100



Attorney for Plaintiff

| | |
|---|---|
| ANTHONY SANDERS and | : |
| OLIVIA SANDERS, h/w | : |
| v. | : |
| RYDER TRUCK RENTAL, INC a/k/a and | : |
| d/b/a RYDER TRUCK RENTAL | : |
| and | : |
| RYDER SYSTEM, INC. | : |
| and | : |
| JULIO ACEVEDO | : |

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FEBRUARY TERM, 2017
NO.: 7409

## AFFIDAVIT OF COMPLETED SERVICE

I do hereby certify that I have complied with the July 31, 2017 Order of this Court, a copy

of which is attached hereto. A copy of Plaintiff's Writ of Summons was served on Defendant Julio

Acevedo, 406 Lawrie Street, Perth Amboy, New Jersey 08861 by Certified Mail Return Receipt

Requested and Regular United States Mail on July 31, 2017.

By:  \_\_\_\_/s/_____                    Date:  August 4, 2017

Bentley M. Saul, Esquire
Attorney for Plaintiff

**FILED**
21 JUL 2017 12:55 pm
Civil Administration
E. GERTON

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

| | |
|---|---|
| ANTHONY SANDERS and | : |
| OLIVIA SANDERS, h/w | :     COURT OF COMMON PLEAS |
|     v. | :     PHILADELPHIA COUNTY |
| RYDER TRUCK RENTAL, INC a/k/a and | : |
| d/b/a RYDER TRUCK RENTAL | :     FEBRUARY TERM, 2017 |
|     and | :     NO.: 7409 |
| RYDER SYSTEM, INC. | : |
|     and | : |
| JULIO ACEVEDO | : |

**ORDER**

AND NOW, this ~~t~~ 31st day of July, 2017 upon consideration of Plaintiffs' Motion for Alternative Service pursuant to Pa. R.C.P. 430 and Philadelphia Civil Rule 430.1, ~~as it appears to the Court that the above-named Defendant, Julio Acevedo is avoiding service of process in the herein matter,~~ it is hereby ORDERED and DECREED that the said Motion is granted.

IT IS FURTHER ORDERED AND DECREED that service of Plaintiffs' Writ of Summons upon Defendant, Julio Acevedo is to be made by Regular United States mail and Certified Mail Return Receipt Requested to the following last known address for Defendant, Julio Acevedo:

**406 Lawrie Street**
**Perth Amboy, New Jersey 08861**

BY THE COURT:

Sanders Etal Vs Ryder T-ORDER

17020740900031

_Acc F. B_

J.

Case ID: 170207409
Control No.: 17072875
Case ID: 170207409

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b) D. KELLY 07/31/2017

**THIS IS A MAJOR JURY MATTER**
**ASSESSMENT OF DAMAGES REQUIRED** *by the*
*Office of Judicial Records*
*19 SEP 2017-03:40 am*

**BENTLEY M. SAUL, LTD.**

By: Bentley M. Saul, Esquire
Identification No.: 68832
The Saul Law Building
1313 Race Street
Philadelphia, Pennsylvania 19107
(215) 496-1100

Attorney for Plaintiffs

| | |
|---|---|
| ANTHONY SANDERS and | : |
| OLIVIA SANDERS, h/w | : |
| v. | : |
| RYDER TRUCK RENTAL, INC a/k/a and | : |
| d/b/a RYDER TRUCK RENTAL | : |
| and | : |
| RYDER SYSTEM, INC. | : |
| and | : |
| JULIO ACEVEDO | : |

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FEBRUARY TERM, 2017
NO.: 7409

**CIVIL ACTION COMPLAINT**
**Motor Vehicle Case/Personal Injury**

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br>YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.<br>Philadelphia Bar Association<br>Lawyer Referral and Information<br>One Reading Center<br>Philadelphia, Pennsylvania<br>(215) 238-6333 | Le han demandado a usted on la corte. Si usted quire defenderee de estas demandas expuestas en las peginas siqueries, usted bene vente (2)dias de plazo al pertir de la fecha de la demanda y la notification.  Mace faltz assentar uno comperencia escrita o en persona o con un abogado y entregar a la corte en forme escrite sus defendree o sus objectiones a las demandes on contra de su persona.  See evisado que ei usted no se defenda, la corte tomare' medides y guade conouer le demando on contra suye sin perrio avise o notification. Adem la corte suedo decider a favor del demandante y require que usted cunola con todas las provisiones de uste demanda.  Usted sued porder dinere o sus propiedeedes u oros cerechos importantes pere usted.<br>LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE.  SI NO TIENT ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO.  VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DOMOE SE PUEDE CONSEGUIR ASISTENCIA LEGAL<br>Asociacion De Licenciados De Filadelfia<br>Servicio De Referencia E Informacion Legal<br>One Reading Center<br>Philadelphia, Pennsylvania<br>Telefono:  (215) 238-6333 |

Case ID: I70207409

**THIS IS A MAJOR JURY MATTER**
**ASSESSMENT OF DAMAGES REQUIRED**

**BENTLEY M. SAUL, LTD.**
By: Bentley M. Saul, Esquire
Identification No.: 68832
The Saul Law Building
1313 Race Street
Philadelphia, Pennsylvania 19107
(215) 496-1100

Attorney for Plaintiffs

| | |
|---|---|
| ANTHONY SANDERS and | : |
| OLIVIA SANDERS, h/w | : |
| v. | : |
| RYDER TRUCK RENTAL, INC a/k/a and | : |
| d/b/a RYDER TRUCK RENTAL | : |
| and | : |
| RYDER SYSTEM, INC. | : |
| and | : |
| JULIO ACEVEDO | : |

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FEBRUARY TERM, 2017
NO.: 7409

## CIVIL ACTION COMPLAINT
### Motor Vehicle Case/Personal Injury

Plaintiff, by counsel, Bentley M. Saul, LTD, hereby demands damages from the
Defendants herein, and in support thereof, avers:

1. Plaintiff Anthony Sanders is an adult individual who resides at the address as stated in
the original process filed in this matter.

2. Plaintiff Olivia Sanders is an adult individual who resides at the address as stated in the
original process filed in this matter.

3. Defendant Ryder Truck Rental, Inc a/k/a and d/b/a Ryder Truck Rental is an organized
and existing business entity that may be served with process at the address as stated in the
original process filed in this matter.

4. Defendant Ryder System, Inc. is an organized and existing business entity that may be
served with process at the address as stated in the original process filed in this matter.

5. Defendant Julio Acevedo is an adult individual who resides at the address as stated in the
original process filed in this matter.

## COUNT I
## PLAINTIFFS V. DEFENDANTS
## NEGLIGENCE AND RECKLESSNESS

6. Plaintiffs hereby incorporate paragraphs 1 through 5 above as if they were set forth fully and completely herein.

7. At all times material hereto the entity Defendants acted by and through its/their agents servants workmen and employees including Defendant Julio Acevedo all of whom were acting within the course and scope of his agency and employment with Defendants.

8. At all times material hereto Defendants owned operated occupied maintained managed and controlled a white 2015 Freightliner truck with VIN# 3ALACWDT1FDGD1474 ["Delivery Truck"].

9. On June 24, 2015 at or about 5:02 am Defendant Julio Acevedo was traveling on Northbound 52nd Street at and near and into its intersection with Jefferson Street in Philadelphia and to the left of the Nissan motor vehicle operated by Anthony Sanders also heading in a Northbound direction on Northbound 52nd Street at and near and into its intersection with Jefferson Street in Philadelphia.

10. On the above date and time and when the traffic light for vehicles heading Northbound on 52nd Street turned green at its intersection with Jefferson Street, Defendants' Delivery Truck suddenly violently and without any warning or signal made a right turn causing the front passenger side of the Delivery Truck to slam into the drivers side and rear of Plaintiffs' Nissan motor vehicle.

11. This incident was caused solely by the direct and/or vicarious and joint and/or several negligence and recklessness of the Defendants and was not caused by any act or failure to act on the part of Anthony Sanders who at all times material hereto acted reasonably and lawfully and with all due and appropriate care.

12. There was nothing that Anthony Sanders could do to avoid Defendants' Delivery Truck that suddenly violently and without any warning made a right turn into the vehicle he was operating.

13.    The steel metal components on the front end of Defendants' Delivery Truck slammed
into the driver's side and rear of Plaintiffs' vehicle with great force.

14.    Plaintiffs' vehicle sustained damage to the left side and rear and Defendants' Delivery
Truck sustained damage to its front bumper on the passenger side as a direct result of the impact.

15.    As a direct and proximate result of the joint and/or several and direct and/or vicarious
negligence and recklessness of the Defendants, Anthony Sanders sustained serious bodily
injuries and/or exacerbated prior conditions and Mr. Sanders and his wife [lost consortium] may
be entitled to recover from Defendants for the following elements of damages according to law:

- (a)    L3-3 disc protrusion/herniation per MRI;
- (b)    L4-5 disc protrusion/herniation per MRI;
- (c)    L5-S1 disc protrusion/herniation per MRI;
- (d)    Cervical spine sprain/strain with myofascitis;
- (e)    Thoracic spine sprain/strain;
- (f)    Lumbar spine sprain/strain with myofascitis;
- (g)    Right shoulder pain;
- (h)    Post-traumatic headache;
- (i)    Myofascial syndrome; and.,
- (j)    Aggravated degenerative disc disease.
- (k)    Past medical expenses incurred for the diagnosis, treatment and care of the said personal injuries;
- (l)    Future medical expenses incurred for the diagnosis, treatment and care of the said personal injuries;
- (m)    Past lost earnings and earning capacity;
- (n)    Future lost earnings and earning capacity;
- (o)    Past pain;
- (p)    Future pain;
- (q)    Past suffering;
- (r)    Future suffering;
- (s)    Embarrassment and humiliation;
- (t)    Past loss of enjoyment of life;
- (u)    Future loss of enjoyment of life;
- (v)    Disfigurement and scarring (if surgery performed);
- (w)    Lost consortium [Olivia Sanders]

(x)    Other injuries and damages suffered as a natural and probable result of this
Incident and the said personal injuries and damages resulting therefrom.

WHEREFORE, Plaintiffs demand damages from the Defendants herein jointly and/or
severally and directly and/or vicariously in an amount in excess of the arbitration limits plus
interest thereon, costs, and any other sums that this Honorable Court deems appropriate.

## COUNT II
## PLAINTIFF OLIVIA SANDERS V. DEFENDANTS
## LOSS OF CONSORTIUM

16.    Plaintiffs hereby incorporate paragraphs 1 through 15 above as if they were set forth fully
and completely herein.

17.    As a direct and proximate result of the joint and several and direct and vicarious
negligence and recklessness of Defendants, Olivia Sanders, as the lawful wife of Anthony
Sanders, has been and probably will in the future be deprived of the assistance, aid, society and
consortium of her husband, Anthony Sanders, to her great detriment and loss.

WHEREFORE, Plaintiffs demand damages from the Defendants herein jointly and/or
severally and directly and/or vicariously in an amount in excess of the arbitration limits plus
interest thereon, costs, and any other sums that this Honorable Court deems appropriate.

**BENTLEY M. SAUL, LTD.**

By:    _____/s/_____

Bentley M. Saul, Esquire
Attorney for Plaintiff

## *VERIFICATION*

I, Anthony Sanders verify that the facts set forth in my Civil Action Complaint are true and correct to the best of my knowledge, information and belief. I further acknowledge my understanding that false statements are made subject to the penalties of 18 Pa. C.S.A Section 4904 relating to unsworn falsification to authorities.

*Anthony Sanders*